Opinion by COLE, J. It was stipulated that the merchandise is the same in all material respects as the concentrated ox gall the subject of *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

No. 53003.—Miles Laboratories, Inc. *v.* United States, protests 140365–K, etc. (New York).

Opinion by COLE, J. It was stipulated that the merchandise consists of ox gall or sheep gall the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

No. 53004.—Van Gelder-Fanto Corp. et al. *v.* United States, protests 144734–K, etc. (New York).

Opinion by COLE, J. It was stipulated that the merchandise consists of ox gall or sheep gall the same in all material respects as the substance passed upon in *G. D. Searle & Co* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

No. 53005.—Ciba Pharmaceutical Products, Inc. *v.* United States, protests 135691–K, etc. (New York).

Opinion by COLE, J. It was stipulated that the merchandise consists of "Blood Platelets Extract," similar in all material respects to the substance passed upon in *Ciba Pharmaceutical Products, Inc.* v. *United States* (21 Cust. Ct. 156, C. D. 1147). The claim for free entry under paragraph 1669 was therefore sustained.

BEFORE THE SECOND DIVISION, APRIL 7, 1949

No. 53006.—R. L. Swearer Company *v.* United States, petition 6394–R (Pittsburgh).